ANN MILLER RAVEL, County Counsel (S.B. #62139)
MARK F. BERNAL, Deputy County Counsel (S.B. #173923)
ARYN P. HARRIS, Lead Deputy County Counsel (S.B. #208590)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA,
LONGORIA, MARINO, MORENO,
DAVIS and OBERLANDER

FILED
MAY 2 3 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIUSEPPE "NINO" CAMPANELLA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JEFFREY LONGORIA, BADGE NO. 1270, et al., <br><br> Defendants. | No.   C05 01945 RS <br><br> **ORDER ON STIPULATION TO CONTINUE EXPERT WITNESS DISCLOSURE DATE** |

Having read and considered the Stipulation To Continue Expert Witness Disclosure Date submitted by the parties to this action, and good cause appearing therefore, it is hereby ordered that the date for expert witness disclosures in this action is continued to September 11, 2006. All discovery of expert witnesses shall be completed on or before October 2, 2006.
IT IS SO ORDERED.

Dated: 5/23/06

_____
MAGISTRATE JUDGE RICHARD SEEBORG

41347.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Order on Stipulation to Continue
Expert witness Disclosure Date          -1-                    C05 01945