ANN MILLER RAVEL, County Counsel (S.B. #62139)
ARYN P HARRIS, Lead Deputy County Counsel (S.B. #208590)
STEPHEN H. SCHMID, Deputy County Counsel (S.B. #078055)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

*E-FILED 6/9/06*

Attorneys for Defendants
COUNTY OF SANTA CLARA,
LONGORIA, MERINO, DAVIS,
CARDENAS, MORENO, and
OBERLANDER (Moreno and Oberlander in
Case No. C05-01945 only)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIUSEPPE "NINO" CAMPANELLA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY LONGORIA, et al.<br><br>Defendants. | No.   C04 04906 RS<br><br>**STIPULATION AND ORDER CONTINUING OR VACATING TRIAL DATES AND CONSOLIDATING CASES** |
| GIUSEPPE "NINO" CAMPANELLA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY LONGORIA, et al.,<br><br>Defendants. | No.   C 05-01945 RS |

WHEREAS, these two cases, Case No. C 04-0404906, *Campanella et. al., v. Longoria, et. al.,* and Case No. C 05-01945, *Campanella et. al., v. Longoria, et. al.* involve common questions of law and fact in that both involve (1) the same group of Plaintiffs, (2) common defendants, (3) law enforcement responses to 911 calls on two separate occasions at the same residence, respectively, in September and November 2003, and (4) claims of unconstitutional

1  activities in both instances;

2  WHEREAS, this Court, by its amended Case Management Scheduling Order, has
3  ordered that jury trials shall commence in Case No. C 04-04906 on October 2, 2006 and in Case
4  No. C 05-01945 on October 10, 2006;

5  WHEREAS, discovery cut-off in both cases has been ordered to occur on August 1,
6  2006 and both sides have restricted discovery activity in part in order to explore mediation;

7  WHEREAS, a mediation conference was held on May 2, 2006 but the parties were not
8  able to settle the cases;

9  WHEREAS, there is insufficient time to complete all necessary discovery prior to trial;

10  WHEREAS, the parties have interest in opportunity to resume mediation after more
11  discovery has been completed;

12  WHEREAS, there is a further Case Management Conference scheduled in both cases for
13  July 19, 2006 at 2:30 p.m.;

14  THE PARTIES HEREBY agree and stipulate that the trial dates in Case No. C 04-04906
15  and Case No. C 05-01945 may be vacated or continued to new dates in early 2007 to be ordered
16  by this Court at the July 19, 2006 further Case Management Conference or thereafter and that
17  the discovery cut-off date and other pre-trial deadlines and events in both cases be vacated;

18  THE PARTIES HEREBY further agree and stipulate that Case No. C 04-04906 and
19  Case No. C 05 01945 may be consolidated for purposes of trial.

20  SO STIPULATED.

22  Dated: June 8, 2006        By: _____
                                    ANTHONY BOSKOVITCH
                                    Attorney for Plaintiffs

25  //
26  //
27  //
28  //

1
2
3  Dated: June 8, 2006

4

5

6

7

8

9

10  APPROVED AND SO ORDERED.

11  Dated: June 9, 2006

12

ANN MILLER RAVEL
County Counsel

By: _____
STEPHEN H. SCHMID
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA,
LONGORIA, MERINO, DAVIS,
CARDENAS, MORENO, and
OBERLANDER (Moreno and
Oberlander in Case No. C05-01945
only)

_____
HONORABLE RICHARD SEEBORG
United Sates Magistrate Judge

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order Continuing or Vacating
Trial dates and Consolidating Cases for Trial      3      C04-04906 RS & C05-01945 RS

43509.wpd